D. EMIL KLEIN Co., INC., Respondent, v. BARD & MARGOLIES, INC., and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on the Complaint of FREDERICK W. MEYER, Respondent, v. KESBEC, INC., Appellant.— Judgment unanimously affirmed on the authority of People v. Wolfe (248 App. Div. 721; affd., 272 N. Y. 608.) Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

LEO STEIN, Respondent, v. ANNA B. STEIN, Appellant, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Arbitration between F. W. WOOLWORTH COMPANY, Appellant, and DEPARTMENT STORE EMPLOYEES' UNION LOCAL 1250, UNITED RETAIL WORKERS OF AMERICA, C. I. O., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

PHILEMINA DE SALVO, Respondent, v. STANLEY-MARK-STRAND CORPORATION, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $12,677.85, in which event the judgment as so modified is affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.; Martin, P. J., and Townley, J., dissent and vote to reverse and dismiss the complaint. Settle order on notice.

SOL DUCKOWITZ, an Infant, etc., Respondent, v. STANLEY-MARK-STRAND CORPORATION, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.; Martin, P. J., and Townley, J., dissent and vote to reverse and dismiss the complaint.

IRVING ZUSSMAN, Respondent, v. STANLEY-MARK-STRAND CORPORATION, Appellant, Impleaded with Another, Defendant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.; Martin, P. J., and Townley, J., dissent and vote to reverse and dismiss the complaint.

MORTIMER R. WEIGNEB, Respondent, v. NEW YORK CITY INTERBOROUGH RAILWAY COMPANY, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $10,135.75, in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.